Ronald E. **PAYNE, Individually and on behalf of himself and others similarly situated, Plaintiffs-Appellees,**

v.

Richard E. **LYNG, Individually and as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants,**

v.

James J. **COLLINS, Movant-Appellant-Intervenor.**

No. 81–5365.

United States Court of Appeals, Eleventh Circuit.

Sept. 15, 1986.

Richard Olderman, Robert E. Kopp, Washington, D.C., for Block, FHA, Dept. of Agriculture.

William R. King, Haas, Holland, Lipshutz, Levison & Gibert, Atlanta, Ga., for Collins, movant-appellant-intervenor.

J. Victor Africano, Live Oak, Fla., Moorey, Seal & Garvin, Theodore L. Tripp, Jr., Fort Myers, Fla., for plaintiffs-appellees.

Before GODBOLD and CLARK, Circuit Judges, and HENDERSON, Senior Circuit Judge.

BY THE COURT:

The district court judgment in this case was affirmed by this court in *Ronald E. Payne v. John R. Block*, 714 F.2d 1510 (1983), 721 F.2d 741 (1983) and 751 F.2d 1191 (1985). The judgment of this court has now been reversed by the Supreme Court of the United States. *Richard E. Lyng v. Ronald E. Payne*, — U.S. —, 106 S.Ct. 2333, 90 L.Ed.2d 921 (1986).

WHEREUPON, IT IS ORDERED that the judgment of the district court is REVERSED, and this cause is REMANDED to the United States District Court for the Middle District of Florida for further pro-

ceedings in conformity with the opinion of the Supreme Court of the United States.